UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT D. BURNS, CIVIL NO. 00-26 (DSD/JMM)

Plaintiff,

v. ORDER

AT&T COMMUNICATIONS, INC.,

Defendant.

The above matter came before the undersigned on September 21, 2000 upon the Parties' Joint Stipulation to Amend Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Joint Stipulation to Amend Scheduling Order is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated: September 21, 2000

JOHN M. MASON
United States Magistrate Judge

SEP 21 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________