UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott D. Burns,

Plaintiff,

v.

AT&T Communication, Inc.,

Defendant.

Civil 00-26 JRT FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Nov 10, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

NOV 13 2000
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-26 JRT/SRN

Use this case number for all further filings.