UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-CV-26DSD/JMM

Scott D. Burns

Plaintiff,

vs.

AT&T Communications,

Defendant.

**JOINT STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

WHEREAS, the date for filing fully briefed dispositive motions is February 1, 2001, and the trial ready date is April 1, 2001;

WHEREAS, to comply with Local Rule 7.1 counsel for the parties must begin briefing any dispositive motions by January 4, 2001 to complete the briefing process prior to the current dispositive motion deadline of February 1, 2001;

WHEREAS, counsel for the parties are actively engaging in settlement discussions and would like to continue to pursue settlement discussions prior to beginning the dispositive motion process;

WHEREAS, counsel for the parties do not foresee completing settlement negotiations prior to January 4, 2001;

WHEREAS, the parties believe that all settlement discussions and dispositive motions can be completed within the time frame specified below;

FILED DEC 2? 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE**, the parties, by and through their respective counsel, hereby stipulate and respectfully request the Magistrate Judge to agree as follows:

1. The deadline for filing fully briefed dispositive motions shall be no later than February 28, 2001;

2. The trial ready date shall continue to be April 1, 2001, the date originally set forth by this Court.

**BRIGGS AND MORGAN, P.A.**

Dated: 12-20-00

By: Tamika R. Nordstrom
R. Scott Davies (#21337)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eight Street
Minneapolis, MN 55402
612/334-8400
**ATTORNEYS FOR DEFENDANT**

**NICHOLS KASTER & ANDERSON**

Dated: 12-20-00

By: Diane M. Odeen
James H. Kaster (#53946)
Diane M. Odeen (#284142)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612/338-1919

**ATTORNEYS FOR PLAINTIFF**

# ORDER

**It is so ordered.**

Dated: December 27, 2000

Susan Richard Nelson
United States Magistrate Judge