**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

SCOTT D. BURNS, Civil No. 00-26 (JRT/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

AT&T COMMUNICATIONS,

Defendant.

---

James H. Kaster and Diane M. Odeen, NICHOLS KASTER & ANDERSON, 80 South Eighth Street, Suite 4644, Minneapolis, MN 55402, for plaintiff.

R. Scott Davies and Jason M. Hedican, BRIGGS & MORGAN, 80 South Eight Street, Ste 2400, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 9, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAY 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK